## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RICHARD FUNK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 04-823-SLR** |
| | ) | |
| **RAPHAEL WILLIAMS, Warden;** | ) | |
| **STANLEY W. TAYLOR, JR.,** | ) | |
| **Commissioner; and** | ) | |
| **STATE OF DELAWARE** | ) | |
| **DEPARTMENT OF CORRECTION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

WHEREAS, all parties to this litigation have determined that settlement is a substantial and realistic possibility; and

WHEREAS, mediation has been scheduled with Magistrate Judge Thynge for August 18, 2005; and

WHEREAS, the current scheduling order has set the discovery closing date as May 15, 2005, summary judgment motions due date as June 15, 2005, the pre-trial conference date as September 7, 2005, and the trial date as September 19, 2005; and

WHEREAS, the parties want to settle this action, in part, to avoid the expenditure of time and resources on trial preparation; and

WHEREAS, judicial economy would be served by a settlement of this action without pre-trial disputes over discovery and procedural issues that would require judicial intervention;

THEREFORE, the parties jointly move for an amended scheduling order moving

all due dates beyond the August 18, 2005 mediation date, and hereby request the scheduling of a teleconference at which the amended scheduling order can be discussed, agreed upon, and approved by the Court.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/s/ Richard W. Hubbard
Richard W. Hubbard (ID# 2442)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8308
Attorney for the Defendants


/s/ Clifford B. Hearn, Jr., Esquire
Clifford B. Hearn, Jr., Esquire (ID#129)
606 Market Street Mall
P.O. Box 1205
Wilmington, DE  19899
(302) 575-0220
Attorney for the Plaintiff

Date:  March 23, 2005