IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD FUNK,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   Civ. No. 04-823-SLR
                                 )
RAPHAEL WILLIAMS, STANLEY W.     )
TAYLOR, JR., STATE OF            )
DELAWARE DEPARTMENT OF           )
CORRECTION,                      )
                                 )
          Defendants.            )

**O R D E R**

At Wilmington this 24th day of March, 2005, having reviewed the parties' joint motion to amend the scheduling order because "all parties to this litigation have determined that settlement is a substantial and realistic possibility";

IT IS ORDERED that said motion (D.I. 17) is granted.

IT IS FURTHER ORDERED that the case is stayed until further order of the court.

_____
United States District Judge