IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD FUNK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-823-SLR |
| | : | |
| RAPHAEL WILLIAMS, WARDEN, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **18th** day of **August, 2005**,

IT IS ORDERED that the mediation conference has been rescheduled for **Tuesday, September 6, 2005** beginning at **5:15 p.m.** Casual dress for the mediation. There shall be no further submissions of the parties. All other provisions of the Court's February 25, 2005 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE