IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD FUNK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-823-SLR |
| | ) |
| RAPHAEL WILLIAMS, Warden, STANLEY W. TAYLOR, JR., Commissioner, and STATE OF DELAWARE DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 28th day of September, 2007, having reviewed the record and there having been no activity in the above referenced case since the court was informed in March of 2005 that the matter was being resolved amicably by the parties (D.I. 17, 18);

IT IS ORDERED that the stay issued in this case on March 24, 2005 is lifted and said case is dismissed.[1]

                                                      /s/ *signature*
                                                    United States District Judge

---

[1] The court will entertain motions to reopen for good cause if such motions are filed within 30 days of this order.